UNITED STATES DISTRICT COURT
NORTHERN DISTRICT FLORIDA
PANAMA CITY DIVISION

**VICTOR HILL,**

    **Plaintiff,**

vs.

**HEWETT TIRE & AUTO CENTER INC., A FLORIDA CORPORATION; HOME TOWN TOWING, #1, INC., A FLORIDA CORPORATION; BILLY E. HEWETT, INDIVIDUALLY; BILLY E. HEWETT, JR., INDIVIDUALLY AND SANDRA HEWETT, INDIVIDUALLY,**

    **Defendant.**

                                      /

CASE NO.: 5:20-cv-00218-TKW-MJF

## NOTICE OF SETTLEMENT

Plaintiffs, Victor Hill ('Plaintiff'), by and through their undersigned counsel, hereby notify the Court that the parties have agreed to fully settle this matter. The Parties will file the appropriate pleadings for dismissal within sixty (60) days from the date of this filing.

Respectfully submitted this 12th day of April, 2021.

                                        **/s/ Ryan D. Naso**
                                        RYAN D. NASO ESQ.
                                        Fla. Bar No. 1010800
                                        Morgan & Morgan, P.A.
                                        20 North Orange Avenue, 16th Floor
                                        Orlando, FL 32802-4979
                                        Tel.: (407) 236-9175
                                        Fax: (407) 245-3401
                                        Email: rnaso@forthepeople.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

**/s/ Ryan D. Naso**
RYAN D. NASO ESQ.