UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VICTOR HILL**,

    **Plaintiff**,

v.                                  Case No. 5:20cv218-TKW-MJF

**HEWITT TIME & AUTO CENTER, INC., et al.**,

    **Defendants**.

_____/

## **ORDER**

Based on Plaintiff's notice of settlement (Doc. 19), it is **ORDERED** that the parties shall file a status report 60 days from the date of this Order (and every 30 days thereafter) if a stipulation of dismissal is not filed by then.

**DONE and ORDERED** this 13th day of April, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**