UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VICTOR HILL**,

    **Plaintiff**,

v.                                      Case No. 5:20cv218-TKW-MJF

**HEWETT TIRE & AUTO
CENTER, INC.**, et al.,

    **Defendants**.

_____/

## ORDER

    This case is before the Court based on the parties' joint stipulation of dismissal with prejudice (Doc. 21). A stipulation of this kind is typically self-executing, but because the complaint seeks to remedy alleged violations of the Fair Labor Standards Act (FLSA), court approval is required before a case can be dismissed <u>with</u> prejudice when it involves a compromise of an FLSA claim. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *Appleby v. Hickman Constr., Inc.*, 2013 WL 1197758 (N.D. Fla. Mar. 25, 2013). Accordingly, it is

**ORDERED** that:

1. If the parties want to dismiss this case <u>with</u> prejudice then, within 14 days from the date of this Order, they shall file a motion to approve their settlement along with sufficient information that will allow the Court to fulfil its

obligation under *Lynn's Food Stores* to "scrutiniz[e] the settlement for fairness."

2. If no such motion is filed, the Court will construe that to mean that the parties have no objection to the Court treating their joint stipulation of dismissal with prejudice as a joint stipulation of dismissal <u>without</u> prejudice and the Court will enter an order closing the file accordingly.

**DONE and ORDERED** this 12th day of May, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**